# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| KRICK ROAD REALTY LLC, | ) | CASE NO. 1:04-CV-2552 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN HANCOCK MUTUAL LIFE | ) | **STIPULATION FOR DISMISSAL** |
| INSURANCE COMPANY, | ) | **AND JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Now come the undersigned counsel and stipulate that all claims in the above-referenced matter are hereby settled and dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

/s/ Glenn D. Southworth
MICHAEL L. SNYDER (0040990)
GLENN D. SOUTHWORTH (0062324)
MCDONALD HOPKINS CO., LPA
600 Superior Ave., E.
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-Mail: msnyder@mcdonaldhopkins.com
gsouthworth@mcdonaldhopkins.com

Attorneys for Plaintiff
Krick Road Realty LLC

/s/ William H. Harbeck
WILLIAM H. HARBECK
(Wis. Bar No. 01007004)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Suite 2040
Milwaukee, Wisconsin 53202.
Phone: 414-277-5853
Fax: 414-978-8853
Email: whh@quarles.com

Attorneys for Defendant
John Hancock Life Insurance Co.,
f/k/a John Hancock Mutual Life Insurance
Company

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan    12/19/05
JUDGE PATRICIA A. GAUGHAN

{801756:}
QBMKE\5803567.2